■ CATHERINE BONNER et al., Respondents, v EDWARD E. LEE et al., Appellants, and FRED C. ARNOLD et al., Doing Business as GENERAL TAXI, Respondents. (Appeal No. 1.) [679 NYS2d 864] —Amended judgment unanimously affirmed without costs. Same Memorandum as in *Bonner v Lee* ([appeal No. 2] 255 AD2d 1005 [decided herewith]). (Appeal from Amended Judgment of Supreme Court, Ontario County, Cornelius, J.—Negligence.) Present—Green, J. P., Pigott, Jr., Balio and Fallon, JJ.